# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON ALONZO HOWELL, | No. 2:12-CV-1901-KJM-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| RICKY HILL, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner seeks the appointment of counsel (Doc. 20). There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. For the reasons outlined in the court's March 13, 2013, findings and recommendations, the court does not find that the interests of justice would be served by the appointment of counsel. Further requests for the appointment of counsel will not be considered.

///

1

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of counsel (Doc. 20) is denied.

DATED: May1, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE